UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  RICHARD GILBERT DIETRICH, | : | Case No. 17-13378REF |
| Debtor | : | Chapter 7 |

---

| | | |
|---|---|---|
| LEHIGH VALLEY HOSPITAL, | : | Adv. No. 17-259 |
| Plaintiff | : | |
| vs. | : | |
| RICHARD GILBERT DIETRICH, | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 13 day of December, 2018, for the reasons stated in the accompanying Memorandum Opinion entered in this adversary proceeding of even date herewith, IT IS HEREBY ORDERED that JUDGMENT ON THE COMPLAINT IS ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT.

IT IS FURTHER ORDERED that I HEREBY FIND AND CONCLUDE that the debt owed by Defendant to Plaintiff in the amount of $95,674.36 is NONDISCHARGEABLE under 11 U.S.C. §523(a)(2)(A) and §523(a)(6).

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

26